OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.27⁵
02 1W
0001401623 JUN. 12. 2015.

6/10/2015

SWEED, JAMES LEE AKA SWEED, JIMMY    Tr. Ct. No. 20140D02846-171-01
WR-15,251-18

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RETURN TO SENDER
[] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED-NO RETURN ADDRESS

JAMES LEE SWEED
TRAVIS CO. CORR. CEN. - TDC # 1967298
3614 BILL PRICE RD.
DEL VALLE, TX 78617

U T F

EMEBN3B 78617